UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 03cr3398-L |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER CONTINUING POST-CONVICTION MOTION HEARING** |
| v. | ) ) | |
| **ROBERTO ARMENTA-OROZCO,** | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE HAVING BEEN SHOWN, the Court vacates the post-conviction motion hearing scheduled for September 4, 2007, and orders it continued to November 13, 2007, at 2:00 p.m.

SO ORDERED.

DATED: August 27, 2007

_____
M. James Lorenz
United States District Court Judge